United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TATYANA EVGENIEVNA DREVALEVA,

Plaintiff,

v.

LAUREL BEELER, et al.,

Defendants.

Case No. 20-cv-00642-JD

**JUDGMENT**

By order dated April 27, 2020, the Court dismissed this case with prejudice.  Dkt. No. 15. Pursuant to Federal Rule of Civil Procedure 58, the Court enters judgment against plaintiff Tatyana Evgenievna Drevaleva.

**IT IS SO ORDERED.**

Dated: April 29, 2020

_____
JAMES DONATO
United States District Judge